JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY HOURIANI, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>BUCK KNIVES, INC., a Nevada Corporation,<br><br>　　　　Defendant. | Case No. 2:21-cv-01908-DSK-SK<br><br>**JUDGMENT** |

The Court having entered the Order Granting Motion for Final Approval of Class Action Settlement ("Final Approval Order") approving the stipulated Settlement,

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in accordance with the Final Approval Order; and Plaintiff's claims asserted against Defendant in this action are dismissed with prejudice without costs to any party except as provided for in the Final Approval Order or Settlement Agreement.

DATE: ____August 8____, 2022

_____
Hon. Dale S. Fischer
United States District Judge